FILED
IN CLERKS OFFICE

2004 JUN 21  P 12: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

Plaintiff's  Stephen D Russell

v

Defendants - Home Depot

Complaint

Job Harrassment

Parties

Plaintiff - I am a Resident of Roslindale ~~Ma~~ Cottall is Suffolk County, I am also a citizen of the United States.

Defendant - ~~is a~~ Home Depot Corporation out of Atlanta GA 30339.

Jurisdiction over this matter pursuant to U.S.C. §1332

Facts

① On 8-01-2001 and 8-04-2001 I (Stephen Powell) was written up two times withing days of each other for coming to work late (8:55 am and 9 am) I was hired and working 9am-3pm. A.S.M Paul Citro was well aware of my schedule but Mr. Citro kept given me a punishing schedule to work. After speaking to Mr. Citro about this matter he would harrasse me behind this, and use profanity, when speaking to me.

② On 12-21-2001 I was falsely accused of stealing, humiliated and embarrassed in front of fellow associates and customers I've grown to know. I was searched, my bag unzipped and emptied out onto the floor, Not once did they follow proper procedure, by having A.S.M and L.P.S and police officer present to go to the back room to be properly searched. (example) Cashier named Shonna was caught stealing $700. She was escarted to the back room, searched,

FACTS continued...

(2) Fired, and escorted through the side door of tool Rental, to avoid any type of scene. They do this with anyone they (L.P.S) catch stealing.

(3) On October 29, 2002, I Stephen Powell plaintiff was chastized and spoken to in a very disrespectful way by Troy Dolan (supervisor). I was shoved and had a card cut while in my hand by Mr. Dolan (supervisor), with a box cutter that was fully extended, (Supervisor) Dolan raised his hand looked at me with a menacing stare as he held the box cutter still fully extended as if I was next. This all took place because I told troy I had direct orders from A.S.M Danny Barry and that he can call Mr. Barry to find out who is the manager of the store (Supervisor) Dolan forced his authority onto me, which in turn got me (Stephen Powell) written up and sent home.

Fact continued...

After meeting with the Commission against Discrimination on 2-26-02. On 4-/02 Home Depot sent District Manager of Human Resources Silas Williams to speak with me. He took me to lunch to talk about the incidents I was having at store 2658. We also talked about the review I received. He asked me to drop the charges against Home Depot and handle it internally. Next, I received one dollar raise, they called it a merit raise. At the time I only had three merit badges, you need five for a merit raise, and also request a merit raise. I felt this was a way to pay me off. I refused the dollar raise, and they said (Silas Williams) there was nothing they can do it was staying there. Home Depot can do as they please.

Facts continued...

On 2-2004 I was falsely accused of sexual harrassment by a female associate named Ana. I was asked to come in the back with Owen Willis (Human Resources) to discuss the matter. I gave Mr. Willis a statement about the incident on how it never took place. I had over five witnesses that were there at the time, that spoke up on my behalf. While I was in the Human Resources office I was told this was a women's world that I was going to be fired, until two of my associates that were witnesses gave their statements which they had to pull Mr. Willis to the side so he can take their statements. Nothing never happened to Ana, ~~and now I am~~ for giving a false statement and now I am labeled as a pervert.

Facts continued...

On 3'04 I Stephen Powell - Plaintiff was asked to come back to the managers office by John Hugar (manager). No. 1 (Stephen Powell) walked into the office, John Carr and John Hugar were there. As I waited in John Hugar closed the door and placed a chair in front of the door to block off my exit. I then was interrogated, questioned about employees stealing, told I was incompetent and told not to make decisions. After all that I was told to punch out and call Human Resources in the morning. After five minutes leaving their office and cleaning out my locker they (Mr. Hugar and Mr. Carr) asked me to punch back in.

Facts continued...

On 3-2003 I sat and spoke to store manager Kurt Michael Levich about myself and problems I had in the past with Home Depot. Mr. Michael-Levich said "Steve, you seem like a good a person." He said there two sides to every story. So we spoke about some incidents that's happened in the past. Mr. Michael Levich heard I was a trouble-maker, this is why I would get looked over on job promotions within the company. Throughout my three year and six months dedication to Home Depot, I've spoken to and in disrespectful ways mistreated and harrassed. I've been told by management to choose between my job or my children. I had racial remarks and ethnic remarks. My name has been slandered by management in the inner circle that they hang with. At times this made me feel like it was in the South with crosses burning on my lawn or as a child being bussed ~~as a child~~ with rocks being thrown at it. They made me feel less of a man and the weight of stress and way they treated me was totally unacceptable.

WHEREFORE, the plaintiff Demands Judgment against the Defendants for damages, And such other Relief as this court deems. In the Amount of
$25,000,000

Signature [signature]
Stephen Powell
11 Hillburn St
Roslindale, MA 02131
617-363-7192
617-306-9032

EEOC Form 161 (3/98)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Stephen Powell<br>41 Hilburn St.<br>Roslindale, MA 02131 | From: Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |

FILED<br>RECEIVED OFFICE<br>JUN 22 P 12: 59<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2002-00609 | Anne R. Giantonio,<br>Intake Supervisor | (617) 565-3189 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*(signature)*

Robert L. Sanders,<br>Director

**MAR 2 4 2004**

*(Date Mailed)*

Enclosure(s)

cc: HOME DEPOT<br>15 Dan Road<br>Canton, MA 02021