UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL,<br>Plaintiff,<br><br>v.<br><br>HOME DEPOT<br>Defendant. | Civil Action No. 04-11436-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Robert P. Joy, Joseph P. McConnell and Karen E. Olson, as attorneys for Home Depot U.S.A., Inc. (improperly named in Plaintiff's Complaint as "Home Depot"), in the above-captioned action.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.,

By Its Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

_Karen E. Olson_
Robert P. Joy, Jr. (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)
Karen E. Olson (BBO NO. 633179)

Date: August 11, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the pro se litigant, Mr. Stephen D. Powell, at his address of records: 41 Hilburn Street, Roslindale, MA 02131, by first-class U.S. Mail this 11th day of August, 2004.

_____
Karen E. Olson