UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL,<br>Plaintiff,<br><br>v.<br><br>HOME DEPOT<br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-11436-DPW<br>)<br>)<br>)<br>) |

**DEFENDANT HOME DEPOT U.S.A., INC.'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.3**

Pursuant to Federal Rule 7.1(A) and Local Rule 7.3(A), the Defendant Home Depot U.S.A., Inc. (improperly named as "Home Depot") hereby certifies that the ultimate parent company of Home Depot U.S.A., Inc. is "The Home Depot, Inc.," a publicly owned corporation. The Home Depot, Inc. owns the company that owns Home Depot, U.S.A., Inc.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.,

By Its Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

_____
Robert P. Joy, Jr. (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)
Karen E. Olson (BBO NO. 633179)

Date: August 11, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the pro se litigant, Mr. Stephen D. Powell, at his address of records: 41 Hilburn Street, Roslindale, MA 02131, by first-class U.S. Mail this 11th day of August, 2004.

_____
Karen E. Olson