UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11436-DPW |
| ) | |
| HOME DEPOT, ) | |
| ) | |
| Defendant. ) | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Home Depot U.S.A., Inc., improperly named in Plaintiff's Complaint as "Home Depot") (hereinafter "Defendant") and its counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.  In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs.

                                      Respectfully submitted,

                                      HOME DEPOT U.S.A., INC.

Dated: September 15, 2004

'                                       __s/ Colleen Hayes-Hilton_____
                                      NAME: Colleen Hayes-Hilton
                                      TITLE: EEO Specialist

                                      And by its attorneys,

                                      MORGAN, BROWN & JOY, LLP
                                      One Boston Place
                                      Boston, Massachusetts 02108
                                      (617) 523-6666

Dated: September 15, 2004

                                      _____s/ Leah M. Moore_____
                                      Joseph P. McConnell, Esq.
                                      BBO No. 566412
                                      Karen E. Olson, Esq.
                                      BBO # 633179
                                      Leah M. Moore, Esq.
                                      BBO # 658217


## CERTIFICATE OF SERVICE

     I, Karen E. Olson, hereby certify that I have served a copy of the foregoing Local Rule 16.1(D)(3) Certification upon the pro se Plaintiff, Stephen D. Powell, 41 Hilburn Street, Roslindale, MA 02131, by first-class U.S. mail this 15th day of September 2004.


                                      _s/ Leah M. Moore_____
                                      Leah M. Moore