UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN D. POWELL,<br>　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-11436-DPW |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Please enter the appearance of Leah M. Moore as attorney for Home Depot U.S.A., Inc. (improperly named in Plaintiff's Complaint as "Home Depot"), in the above-captioned action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HOME DEPOT, U.S.A., INC.,

　　　　　　　　　　　　　　　　　　　By Its Attorneys,

　　　　　　　　　　　　　　　　　　　MORGAN, BROWN & JOY, LLP
　　　　　　　　　　　　　　　　　　　One Boston Place
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02108
　　　　　　　　　　　　　　　　　　　(617) 523-6666

　　　　　　　　　　　　　　　　　　　__s/Leah M. Moore_____
　　　　　　　　　　　　　　　　　　　Robert P. Joy, Jr. (BBO No. 254820)
　　　　　　　　　　　　　　　　　　　Joseph P. McConnell (BBO No. 566412)
　　　　　　　　　　　　　　　　　　　Karen E. Olson (BBO No. 633179)
　　　　　　　　　　　　　　　　　　　Leah M. Moore (BBO No. 658217)

Date: September 15, 2004

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was served upon the pro se litigant, Mr. Stephen D. Powell, at his address of records:  41 Hilburn Street, Roslindale, MA 02131, by first-class U.S. Mail this 15th day of September, 2004.

                s/Leah M. Moore_____
                Leah M. Moore