# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>HOME DEPOT, )<br>)<br>　　　　Defendant. )<br>) | Civil Action No. 04-11436-DPW |

## JOINT STATEMENT OF THE PARTIES

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and Local Rule 16.1, the parties have conferred with respect to their respective positions and a discovery plan, and state as follows:

## PROPOSED DISCOVERY SCHEDULE

The parties believe that discovery should be conducted in fact and expert phases. The parties have agreed to and propose the following pre-trial schedule:

1. All Motions to Amend pleadings will be filed on or before November 4, 2004.

2. Fact discovery will be completed by March 21, 2005.

3. Plaintiff's expert disclosure will be completed by April 15, 2005.

4. Defendant's expert disclosure will be completed by June 1, 2005.

5. All expert depositions will be completed by August 15, 2005

6. All dispositive motions will be filed by September 15, 2005.

7. Pretrial Conference will be held on or before November, 2005.

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 16.1(D)(3), the Defendant will submit separately an executed certification affirming that it and its counsel have conferred regarding the costs of litigation and alternatives to litigation and have conferred regarding alternative dispute resolution. Because Plaintiff is a pro se litigant, no such certification will be submitted.

## SETTLEMENT DEMAND

Pursuant to Local Rule 16.1(c), the parties state that Plaintiff has not served a written settlement proposal upon the Defendant's counsel. The Defendant's counsel will confer with Defendant on the subject of settlement before the Scheduling Conference and will be prepared to respond to Plaintiff's settlement proposal, if any, at the Scheduling Conference.

## TRIAL BY MAGISTRATE

Neither party consents to trial by Magistrate.

Respectfully submitted,

| | |
|---|---|
| Plaintiff Stephen D. Powell<br>Pro Se Litigant, | Defendant Home Depot U.S.A., Inc.<br>By its attorneys, |
| STEPHEN D. POWELL<br>41 Hilburn Street<br>Roslindale, MA  02131<br>(617) 363-9792 | MORGAN, BROWN & JOY, LLP<br>One Boston Place<br>Boston, Massachusetts  02108<br>(617) 523-6666 |
| _____/s/ Stephen D. Powell_____<br>Stephen D. Powell, Pro Se | ___s/ Leah M. Moore_____<br>Joseph P. McConnell, BBO # 566412<br>Karen E. Olson, BBO # 633179<br>Leah M. Moore, BBO# 658217 |
| Dated: September 15, 2004 | Dated:  September 15, 2004 |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the pro se litigant, Mr. Stephen D. Powell, at his address of records:  41 Hilburn Street, Roslindale, MA 02131, by first-class U.S. Mail this 15th day of September, 2004.

_____s/ Leah M. Moore_____
Leah M. Moore