UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOME DEPOT, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11436-DPW |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective December 24, 2004, the address for the undersigned counsel will be:

>Morgan, Brown & Joy, LLP
>200 State Street, 11th Floor
>Boston, MA 02109-2605

The firm's phone number (617-523-6666) and fax number (617-367-3125) are not changing.

                              Respectfully submitted,

                              HOME DEPOT, U.S.A., INC.,

                              By Its Attorneys,

                              MORGAN, BROWN & JOY, LLP
                              One Boston Place
                              Boston, Massachusetts 02108
                              (617) 523-6666

                              _/s/ Robert P. Joy, Jr._
                              Robert P. Joy, Jr. (BBO No. 254820)
                              Joseph P. McConnell (BBO No. 566412)
                              Leah M. Moore (BBO No. 658217)

Date:  December 21, 2004