STEPHEN D. POWELL, Pro se.
STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131

FILED
IN CLERKS OFFICE

2005 FEB -3  P 4: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL, <br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT, INC., <br> & <br> HOME DEPOT, U.S.A., INC.. <br><br> Jointly and Severally Defendant(s), <br><br> Defendants | Case No.: NO. CV No.:04-11436-DPW <br><br><br><br><br><br><br> AFFIDAVIT OF "STEPHEN POWELL" FOR MOTION FOR LEAVE OF COURT AND FIRST AMENDED CIVIL COMPLAINT PURSUANT TO FED. RULES OF CIVIL PROC.RULE 15 (a); Rule 15( c )(1)(2)(3); RULE 15(c)(3)(A)(B); RULE 15(d). |

I, Stephen D. Powell states the following:

I am the Plaintiff/Complainant in the foregoing civil complaint against the Defendant, "Home Depot Inc.; and Home Depot, U.S.A., Inc.";

I have full information and personal knowledge of all the facts and circumstance surrounding the forgoing civil complaint.

I am aware and have full knowledge; information and belief that the statements, facts and circumstances as stated in the civil complaint and the first amended are true and correct to the best of my knowledge;

New information; Joinder of additional party "HOME DEPOT, U.S.A, INC", and for Clarification of Cause of Action as now set out in the Plaintiff, Stephen Powell's First Amended complaint as attached herein warrants a grant of my request for leave of Court to file Plaintiff's

STEPHEN D. POWELL

"First Amended" and addition of another Defendant of complaint in the above captioned matter.

My amended complaint would in no way or manner prejudiced the defendant, but will save judicial economy and time because "HOME DEPOT, U.S.A. INC., is an indispensable party in this matter.

**WHEREFORE,** Plaintiff, Stephen D. Powell respectfully request this Honorable Court grant his motion for **"LEAVE OF COURT," TO FILE FIRST AMENDED COMPLAINT; JOIN ADDITIONAL DEFENDANT "HOME DEPOT, U.S.A., INC.";** and **EXPANSION OF TIME FOR DISCOVERY** PURPOSES.

Submitted under the penalty of perjury.

Date: February 1st, 2005

By: *[signature]*
Stephen D. Powell, Pro se
41 Hillburn Street, Roselindale, MA 02131

ii                              STEPHEN D. POWELL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified, return receipt requested, postage prepaid, to the following attorneys of record on this the 3 day of Feb, 2005.

Robert P. Joy, Jr.
Joseph p. McConnell
Leah M. Moore
Morgan, Brown, & Joy, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Stephen D. Powell, Pro se
41 Hillburn Street
Roselindale, MA 02131
617-363-9192
617-306-9032

Dated February 3, 2005