```
STEPHEN D. POWELL, Pro se.
STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131
```

FILED
IN CLERKS OFFICE

2005 FEB -3  P 4:22

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL, <br>     Plaintiff, <br><br> vs. <br><br> HOME DEPOT, INC., <br> & <br> HOME DEPOT, U.S.A., INC., <br><br> Jointly and Severally Defendant(s), <br><br>     Defendants | Case No.: NO. CV No.:04-11436-DPW <br><br><br><br><br><br><br> MOTION OF "STEPHEN POWELL" FOR MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED CIVIL COMPLAINT; EXPANSION OF TIME FOR DISCOVERY & JOIN ADDITIONAL DEFENDANT PURSUANT TO FED. RULES OF CIVIL PROC.RULE 15 (a); Rule 15( c )(1)(2)(3); RULE 15(c)(3)(A)(B); RULE 15(d). |

**COME NOW**, Plaintiff, "Stephen D. Powell, pro se, by and through this Honorable and for his motion pursuant to FED. RULES OF CIVIL PROC.RULE 15 (a); Rule 15( c )(1)(2)(3); RULE 15(c)(3)(A)(B); RULE 15(d), respectfully request that this Court grant him a leave of Court to file his First Amended Complaint. As reason, Plaintiff, "Stephen D. Powell" states that:

1. New information; Joinder of additional party "HOME DEPOT, U.S.A, INC", and for Clarification of Cause of Action as now set out in the Plaintiff, Stephen Powell's First Amended complaint as attached herein warrants a grant of my request for leave of Court to file Plaintiff's "First Amended" and addition of another Defendant of complaint in the above captioned matter.

STEPHEN D. POWELL