UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN D. POWELL, | ) | DEFENDANT'S REQUEST FOR |
| Plaintiff, | ) | EXTENSION OF TIME TO |
|  | ) | RESPOND TO PLAINTIFF'S |
| v. | ) | MOTION FOR LEAVE TO FILE |
|  | ) | AMENDED COMPLAINT |
| HOME DEPOT | ) |  |
| Defendant. | ) | Civil Action No. 04-11436-DPW |
|  | ) |  |

NOW COMES Defendant Home Depot U.S.A., Inc. ("Defendant" or "Home Depot") in the above captioned action and respectfully requests this Court grant it additional time to respond to Plaintiff *Pro Se* Stephen D. Powell's ("Plaintiff" or "Mr. Powell") Motion for Leave to File Amended Complaint.

As grounds for its motion, Defendant states that it did not receive Plaintiff's motion electronically from the court at day's end on February 7, 2005 and in the mail until Wednesday, February 10, 2004. Defendant attempted to communicate with Plaintiff both orally and in writing to seek his assent to this request, but Plaintiff failed to respond.

Plaintiff's motion sets forth (for the first time) the legal counts which he expects to prove, and a number may require substantive opposition and briefing for dismissal on grounds of futility. Accordingly, Defendant seeks a brief two week extension of time to respond to Plaintiff's Motion for Leave to File Amended Complaint. Under the two week extension, Defendant must file it opposition on or before March 2, 2005.

WHEREFORE, Defendant Home Depot respectfully requests that its motion for a two week extension of time to respond be granted.

        Respectfully submitted,

        HOME DEPOT, U.S.A., INC.,

        By Its Attorneys,

        MORGAN, BROWN & JOY, LLP
        200 State Street
        Boston, Massachusetts  02109
        (617) 523-6666

        __s/Joseph P. McConnell_____
        Robert P. Joy, Jr. (BBO No. 254820)
        Joseph P. McConnell (BBO No. 566412)
        Leah M. Moore (BBO No. 658217)

Date: February 15, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon the pro se litigant, Mr. Stephen D. Powell, at his address of records:  41 Hilburn Street, Roslindale, MA 02131, by first-class U.S. Mail this 15th day of February 2005.

        s/Joseph P, McConnell_____
        Joseph P. McConnell