## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN D. POWELL, | ) | DEFENDANT'S SUPPLEMENTAL |
| Plaintiff, | ) | REQUEST FOR EXTENSION OF TIME TO |
|  | ) | RESPOND TO PLAINTIFF'S |
| v. | ) | MOTION FOR LEAVE TO FILE |
|  | ) | AMENDED COMPLAINT |
| HOME DEPOT | ) |  |
| Defendant. | ) | Civil Action No. 04-11436-DPW |
|  | ) |  |

Defendant Home Depot U.S.A., Inc. ("Defendant" or "Home Depot") moved earlier today, February 15, 2005, for an enlargement of time to respond to Plaintiff *Pro Se* Stephen D. Powell's ("Plaintiff" or "Mr. Powell") Motion for Leave to File Amended Complaint. Subsequent to the filing of that motion, undersigned counsel had the opportunity to speak with Mr. Powell, who indicated that he has no objection to the Court granting the additional time for Defendant to respond.

WHEREFORE, Defendant Home Depot again respectfully requests that its motion for a two week extension of time to respond be granted.

        Respectfully submitted,

        HOME DEPOT, U.S.A., INC.,

        By Its Attorneys,

        MORGAN, BROWN & JOY, LLP
        200 State Street
        Boston, Massachusetts  02109
        (617) 523-6666

        __s/Joseph P. McConnell_____
        Robert P. Joy, Jr. (BBO No. 254820)
        Joseph P. McConnell (BBO No. 566412)
        Leah M. Moore (BBO No. 658217)

Date: February 15, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon the pro se litigant, Mr. Stephen D. Powell, at his address of records:  41 Hilburn Street, Roslindale, MA 02131, by first-class U.S. Mail this 15th day of February 2005.

        s/Joseph P, McConnell_____
        Joseph P. McConnell