STEPHEN D. POWELL, Pro se,
STEPHEN D. POWELL
41 HILBURN STREET
ᴿLINDALE, MA 02131

FILED
IN CLERKS OFFICE

2005 FEB 25 P 3: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN D. POWELL,                    )    Case No.: NO. CV No.:04-11436-DPW
            Plaintiff,                )
                                      )
            vs.                       )
HOME DEPOT, INC.,                     )
&                                     )
HOME DEPOT, U.S.A., INC.,             )
                                      )    PLAINTIFF, STEPHEN D. POWELL'S REQUEST
Jointly and Severally Defendant(s),   )    FOR HIS COMPLETE EMPLOYMENT
                                      )    PERSONNEL FILE WITH THE DEFENDANT
            Defendants                )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )

Dated: February 23 2005

BY:

Stephen D. Powell
41 Hilburn Street
Roselindale, MA 02131

STEPHEN D. POWELL.

Dear Mr. Joy:

This correspondence is my formal request to be furnished with all my employment personnel records under the control of the defendant Home Depot U.S.A., Inc. The requested personnel document includes but not limited to the following:

**Type of Documents requested:**

- Biographical data (e.g., employment application, resume)
- Offer letter, annual appointment letters
- Position description (PD) and updates
- Form 500 indicating when plaintiff's employment relationship with the defendant began and ends (indicate last day worked) or indicating employee's title has changed
- Letter informing plaintiff that his job duties, time, and or salary has changed
- Any and all correspondence related to employment
- Forms signed during orientation - (Note: benefits forms, such as Annual Enrollment, Beneficiary Designation forms, etc. are sent by the HR representative to the System HR Office where they are maintained)
- Letters of reprimand and disciplinary correspondence
- Commendations, awards, and honors
- Performance appraisals
- Employee's response to a document placed in the personnel file
- Inventory of employee's training, certificates, professional development activities
- Misc. forms related to working relationship (e.g., outside employment, Alternate Work Location, Educational Release Time)
- Resignation/Termination Letter

Thank you very much for your effort in this matter

Dated 02/23/05

BY
STEPHEN D. POWELL
41 HILBURN STREET
ROSELINDALE, MA 02131

STEPHEN O. POWELL

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified, return receipt requested, postage prepaid, to the following attorneys of record on this the 25 day of Feb 2005.

Robert P. Joy, Jr.
Joseph p. McConnell
Leah M. Moore
Morgan, Brown, & Joy, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Stephen D. Powell, Pro se
41 Hillburn Street
Roselindale, MA 02131
617-363-9192
617-306-9032

Dated 2/25/05, 2005