STEPHEN D. POWELL, Pro se.
STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131

FILED
IN CLERK'S OFFICE

2005 FEB 25  P 3: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL, ) | Case No.: NO. CV No.:04-11436-DPW |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| HOME DEPOT, INC., ) | |
| & ) | |
| HOME DEPOT, U.S.A., INC., ) | |
| ) | |
| Jointly and Severally Defendant(s), ) | SUPPLEMEMTARY MOTION OF PLAINTIFF, |
| ) | "STEPHEN POWELL" FOR EXTENSION OF |
| Defendants ) | TIME TO APRIL 2, 2005 TO RESPUNSOND / |
| ) | REPLY TO DEFENDANT'S REQUEST FOR |
| ) | PRODUCTION OF DOCUMENTS PROPONDED |
| ) | TO PLAINTIFF PURSUANT TO FEDERAL |
| ) | RULES CIVIL PROC., RULE 34 |

Dated this 23. day of February, 2005

STEPHEN D. POWELL, Pro se.

By: _____

STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131
(617) 306-9032
(617) 363-9129

STEPHEN D POWELL

**SUPPLEMEMTARY MOTION OF PLAINTIFF, "STEPHEN POWELL" FOR EXTENSION OF TIME TO APRIL 2, 2005 TO RESPONSOND / REPLY TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REQUESTED FROM THE PLAINTIFF PURSUANT TO FEDERAL RULES CIVIL PROC., RULE 34**

COME NOW, Plaintiff, Stephen D. Powell, pro se, hereinafter refer to as "Powell", by and through this HONORABLE COURT, and respectfully moves this Court for an extension of time to "APRIL 2, 2005" to respond and or reply to Defendant's set of request for production of documents propounded to Plaintiff pursuant to Federal Rules Civ. Proc. Rule 34. As reason, Plaintiff, "Stephen D. Powell" respectfully states the following:

1. On or about February 2, 2005 Plaintiff, Stephen D. Powell filed a Motion for **"LEAVE OF COURT TO FILE FIRST AMENDED CIVIL COMPLAINT and FIRST AMENDED CIVIL COMPLAINT"** as a result of the Defendant's 08/11/2004 response to Plaintiff's initial civil complaint.

2. The Defendant Home Depot U.S.A., Inc. has filed with the Court, its current motion requesting an extension of time until not less than **03/02/2005** to reply / respond to Plaintiff's "Stephen Powell's" first amended civil complaint. **(see attached, defendant's respond and motion requesting extension of time ----Exhibit A)**

3. Plaintiff, "Stephen Powell" has not received Defendant's Home Depot U.S.A., Inc's reply to the Plaintiff's first amended civil complaint. And the Defendant's Home Depot U.S.A. Inc.'s reply may contain additional and or derogatory informations not yet known or available to the plaintiff.

4. At this time, the defendant has moved this Honorable Court for and Order granting it extension of time until March 2nd, 2005 to respond to Plaintiff's first amended civil complaint. As reason the Plaintiff, "Stephen Powell" respectfully states that he would be

STEPHEN D. POWELL

severely disadvantaged under the due process of law; and it would be against the substantive interest of the Plaintiff, "Stephen Powell" to respond / reply to the Defendant's Home Depot U.S.A., Inc.'s Interrogatories, at this time without first receiving the defendant's response to Plaintiff's first amended civil complaint against the Defendant, Home Depot U.S.A., Inc.

5. Plaintiff's request for extension of time to respond / reply to Defendant's "Request for Documents" would preserve his due process and substantive due process right In addition, it would in no way or manner prejudiced the defendant, but will save judicial economy and time.

**WHEREFORE,** Plaintiff, Stephen D. Powell respectfully request that this Honorable Court grant his motion for **Extension of time for Production of Document response / reply period until April 2, 2005 and or alternative a date 30 days from the date the Defendant, Home Depot U.S.A., Inc., files with the Court, and served upon the Plaintiff the Defendant's reply to Plaintiff first amended civil complaint.**

Respectfully Submitted

By /s/
Stephen D. Powell, Pro se
41 Hillburn Street,
Roselindale, MA 02131

Date: February 23rd, 2005

STEPHEN D. POWELL

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified, return receipt requested, postage prepaid, to the following attorneys of record on this the 25 day of Feb, 2005.

Robert P. Joy, Jr.
Joseph P. McConnell
Leah M. Moore
Morgan, Brown, & Joy, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: /s/ Stephen D. Powell
Stephen D. Powell, Pro se
41 Hillburn Street
Roselindale, MA 02131
617-363-9192
617-306-9032

Dated 2/25/05, 2005