STEPHEN D. POWELL, Pro se.
STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131

FILED
IN CLERKS OFFICE

2005 FEB 25  P 3: 44

US DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL, <br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT, INC., <br> & <br> HOME DEPOT, U.S.A., INC., <br><br> Jointly and Severally Defendant(s), <br><br> Defendants | Case No.: NO. CV No.: 04-11436-DPW <br><br><br><br><br><br><br><br> MOTION OF PLAINTIFF, "STEPHEN POWELL" FOR A PROTECTIVE ORDER UNTIL APRIL 2, 2005 TO RESPONSOND / REPLY TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED. RULES OF CIVIL PROC. RULE 34 ; DEFENDANT'S REQUEST FOR INTERROGATORIES PROPONDED TO PLAINTIFF F.R.CIV. PROC. RULE 33; DEFENDANT'S NOTICE / REQUEST FOR DEPOSITION OF PLAINTIFF PURSUANT TO FEDERAL RULES CIVIL PROC. |

Dated this 23. day of February, 2005

STEPHEN D. POWELL, Pro se.

By: _____
STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131
(617) 306-9032
(617) 363-9129

STEPHEN D. POWELL

## MOTION OF PLAINTIFF, "STEPHEN POWELL" FOR A PROTECTIVE ORDER

COME NOW, Plaintiff, Stephen D. Powell, pro se, hereinafter refer to as "Powell", by and through this HONORABLE COURT, and respectfully moves for a "Protective Order" for time to respond / reply to Defendant's **Request for Production of Documents pursuant to Rule 34; Defendant's Interrogatories pursuant to Rule 33; and Defendant's Notice / Deposition taken Request PROPONDED TO Plaintiff.** Plaintiff's "Protective Order" Motion / request is for a period of time until "APRIL 2, 2005" and or a date 30 days certain from the date that the Defendant filed with the Court and served upon the Plaintiff the Defendant's response to Plaintiff's first amended civil complaint. As reason, Plaintiff, "Stephen D. Powell" respectfully states the following:

1. That on or about February 2, 2005 Plaintiff, Stephen D. Powell filed a Motion for **"LEAVE OF COURT TO FILE FIRST AMENDED CIVIL COMPLAINT and FIRST AMENDED CIVIL COMPLAINT"** as a result of the Defendant's **08/11/2004** response to Plaintiff's initial civil complaint.

2. That the Defendant Home Depot U.S.A., Inc. has filed with the Court, its current motion requesting an extension of time until not less than **03/02/2005** to reply / respond to Plaintiff's "Stephen Powell's" first amended civil complaint. **(see attached, defendant's respond and motion requesting extension of time ----Exhibit A)**

3. That Plaintiff, "Stephen Powell" has not received Defendant's Home Depot U.S.A., Inc's reply to the Plaintiff's first amended civil complaint. And the Defendant's Home Depot

STEPHEN D. POWELL

U.S.A. Inc.'s reply may contain additional and or derogatory information not yet known or available to the plaintiff.

4. That at this time, the defendant has moved this Honorable Court for and Order granting it an extension of time until March 2nd, 2005 to respond to Plaintiff's first amended civil complaint. As reason the Plaintiff, "Stephen Powell" respectfully states that he would be severely disadvantaged under the due process of law; and it would be against the substantive interest of the Plaintiff, "Stephen Powell" to respond / reply to the Defendant's Home Depot U.S.A., Inc.'s Interrogatories, at this time without first receiving the defendant's response to Plaintiff's first amended civil complaint against the Defendant, Home Depot U.S.A., Inc.

5. That Plaintiff's request for extension of time to respond / reply to Defendant's "Request for Documents"; Interrogatories; and Deposition Taking, would preserve his due process and substantive due process right In addition, granting Plaintiff's request would in no way or manner prejudiced the defendant, but will save judicial economy and time.

**WHEREFORE,** Plaintiff, Stephen D. Powell respectfully request that this Honorable Court grant his motion for **Extension of time for Production of Document; Interrogatories; and Deposition Taking of Plaintiff until April 2, 2005 and or alternative a date 30 days from the date the Defendant, Home Depot U.S.A., Inc., files with the Court, and served upon the Plaintiff the Defendant's reply to Plaintiff' first amended civil complaint.**

Respectfully Submitted    Dated: February 23, 2005

By: /s/ Stephen D. Powell
Stephen D. Powell, Pro se
41 Hillburn Street,
Roselindale, MA 02131
**STEPHEN D. POWELL, Pro se.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified, return receipt requested, postage prepaid, to the following attorneys of record on this the 25 day of Feb, 2005.

Robert P. Joy, Jr.
Joseph P. McConnell
Leah M. Moore
Morgan, Brown, & Joy, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Stephen D. Powell, Pro se
41 Hillburn Street
Roselindale, MA 02131
617-363-9192
617-306-9032

Dated 2/25/05, 2005