STEPHEN D. POWELL, Pro se.
STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131

FILED
IN CLERKS OFFICE

2005 FEB 25 P 3: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL, <br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT, INC., <br> & <br> HOME DEPOT, U.S.A., INC., <br><br> Jointly and Severally Defendant(s), <br><br> Defendants | Case No.: NO. CV No.:04-11436-DPW <br><br><br><br><br><br> SUPPLEMEMTARY MOTION OF PLAINTIFF, "STEPHEN POWELL" FOR EXTENSION OF TIME UNTIL APRIL 2, 2005 TO RESPONSOND / REPLY TO DEFENDANT'S INTERROGATORIES PROPONDED TO PLAINTIFF PURSUANT TO FEDERAL RULES CIVIL PROC., RULE 33 |

Dated this 23. day of February, 2005

STEPHEN D. POWELL, Pro se.

By:X _____
STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131
(617) 306-9032
(617) 363-9129


STEPHEN D. POWELL

SUPPLEMEMTARY MOTION OF PLAINTIFF, "STEPHEN POWELL" FOR EXTENSION OF TIME UNTIL APRIL 2, 2005 TO RESPONSOND / REPLY TO DEFENDANT'S INTERROGATORIES PROPONDED TO PLAINTIFF PURSUANT TO FEDERAL RULES CIVIL PROC., RULE 33

COME NOW, Plaintiff, Stephen D. Powell, pro se, hereinafter refer to as "Powell", by and through this HONORABLE COURT, and respectfully moves this Court for an extension of time to "APRIL 2, 2005" deposition taking propounded to Plaintiff by the Defendant pursuant to Federal Rules Civ. Proc. Rule. As reason, Plaintiff, "Stephen D. Powell" respectfully states the following:

1. On or about February 2, 2005 Plaintiff, Stephen D. Powell filed a Motion for **"LEAVE OF COURT TO FILE FIRST AMENDED CIVIL COMPLAINT and FIRST AMENDED CIVIL COMPLAINT"** as a result of the Defendant's 08/11/2004 response to Plaintiff's initial civil complaint.

2. The Defendant Home Depot U.S.A., Inc. has filed with the Court, its current motion requesting an extension of time until not less than 03/02/2005 to reply / respond to Plaintiff's "Stephen Powell's" first amended civil complaint. **(see attached, defendant's respond and motion requesting extension of time ----Exhibit A)**

3. Plaintiff, "Stephen Powell" has not received Defendant's Home Depot U.S.A., Inc's reply to the Plaintiff's first amended civil complaint. And the Defendant's Home Depot U.S.A. Inc.'s reply may contain additional and or derogatory informations not yet known or available to the plaintiff.

4. At this time, the defendant has moved this Honorable Court for and Order granting it extension of time until March 2nd, 2005 to respond to Plaintiff's first amended civil complaint. As reason the Plaintiff, "Stephen Powell" respectfully states that he would be severely disadvantaged under the due process of law; and it would be against the

STEPHEN D POWELL

substantive interest of the Plaintiff, "Stephen Powell" to respond / reply to the Defendant's Home Depot U.S.A., Inc.'s Interrogatories, at this time without first receiving the defendant's response to Plaintiff's first amended civil complaint against the Defendant, Home Depot U.S.A., Inc.

5. Plaintiff's request for extension of time to respond to Defendant's Interrogatories would preserve his due process and substantive due process right In addition, it would in no way or manner prejudiced the defendant, but will save judicial economy and time.

**WHEREFORE**, Plaintiff, Stephen D. Powell respectfully request that this Honorable Court grant his motion for **Extension of time until April 2, 2005 for to respond** / reply to Defendant's Interrogatories propounded to Plaintiff pursuant to Fed. Rules Civ. Proc. Rules 33. Alternative, Plaintiff request that the reply be extended to a date 30 days from the date the Defendant, Home Depot U.S.A., Inc., files with the Court, and served upon the Plaintiff the Defendant's reply to Plaintiff' first amended civil complaint.

Submitted under the penalty of perjury.

Date: February 23rd, 2005

By: *[signature]*
Stephen D. Powell, Pro se
41 Hillburn Street,
Roselindale, MA 02131

STEPHEN D. POWELL

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified, return receipt requested, postage prepaid, to the following attorneys of record on this the 25 day of Feb, 2005.

Robert P. Joy, Jr.
Joseph P. McConnell
Leah M. Moore
Morgan, Brown, & Joy, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Stephen D. Powell, Pro se
41 Hillburn Street
Roselindale, MA 02131
617-363-9192
617-306-9032

Dated 2/25/05, 2005