STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131

FILED
AT CLERKS OFFICE

2005 FEB 25  P 3: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN D. POWELL,            )    Case No.: NO. CV No.:04-11436-DPW
        Plaintiff,            )
                              )
        vs.                   )
HOME DEPOT, INC.,             )
&                             )
HOME DEPOT, U.S.A., INC.,     )
                              )
Jointly and Severally Defendant(s),  )
                              )    MOTION OF PLAINTIFF, "STEPHEN
        Defendants            )    POWELL" FOR EXTENSION OF TIME
                              )    TO APRIL 14, 2005 FOR DEPOSITION
                              )    TAKING PROPONDED TO PLAINTIFF
                              )    BY THE DEFENDANT PURSUANT TO
                              )    FED. R.CIV.PROC.

- - - - - - - - - - - - - - -

Dated this 23. day of February, 2005

STEPHEN D. POWELL, Pro se.

By:

STEPHEN D. POWELL
41 HILBURN STREET
ROSLINDALE, MA 02131
(617) 306-9032
(617) 363-9129

STEPHEN D. POWELL

**MOTION OF PLAINTIFF, "STEPHEN POWELL" FOR EXTENSION OF TIME TO APRIL 14, 2005 FOR ORAL DEPOSITION TAKING PROPONDED TO PLAINTIFF BY THE DEFENDANT PURSUANT TO FED. R.CIV.PROC.**

COME NOW, Plaintiff, Stephen D. Powell, pro se, hereinafter refer to as "Powell", by and through this HONORABLE COURT, and respectfully moves this Court for an extension of time to "APRIL 14, 2005" deposition taking propounded to Plaintiff by the Defendant pursuant to Federal Rules Civ. Proc. Rule. As reason, Plaintiff, "Stephen D. Powell" respectfully states the following:

5.   That on or about February 2, 2005 Plaintiff, Stephen D. Powell filed a Motion for **"LEAVE OF COURT TO FILE FIRST AMENDED CIVIL COMPLAINT and FIRST AMENDED CIVIL COMPLAINT"** as a result of the Defendant's **08/11/2004** response to Plaintiff's initial civil complaint.

6.   That on or about February 2, 2005 the Defendant scheduled and issued a "NOTICE OF TAKING DEPOSITION to Plaintiff" (see attached, Plaintiff EXHIBIT B— Notice of Taking Deposition).

7.   Subsequently The Defendant Home Depot U.S.A., Inc. filed with the Court, its pending motion requesting an extension of time until not less than **03/02/2005** to reply / respond to Plaintiff's "Stephen Powell's" first amended civil complaint. **(see attached, defendant's respond and motion requesting extension of time ---- Exhibit A)**

8.   Plaintiff, "Stephen Powell" has not received Defendant's Home Depot U.S.A., Inc's reply to the Plaintiff's first amended civil complaint. And the Defendant's Home Depot U.S.A. Inc.'s reply may contain additional and or derogatory informations not yet known or available to the plaintiff.

STEPHEN D. POWELL

9. At this time, the defendant has moved this Honorable Court for and Order granting it extension of time until March 2nd, 2005 to respond to Plaintiff's first amended civil complaint. As reason the Plaintiff, "Stephen Powell" respectfully states that he would be severely disadvantaged under the due process of law; and it would be against the substantive interest of the Plaintiff, "Stephen Powell" to respond / reply to the Defendant's Home Depot U.S.A., Inc.'s Interrogatories, at this time without first receiving the defendant's response to Plaintiff's first amended civil complaint against the Defendant, Home Depot U.S.A., Inc.

5. Plaintiff's request for extension of time to respond to Defendant's Interrogatories would preserve his due process and substantive due process right In addition, it would in no way or manner prejudiced the defendant, but will save judicial economy and time.

**WHEREFORE,** Plaintiff, Stephen D. Powell respectfully request that this Honorable Court grant his motion for **Extension of time until April 14, 2005 for deposition taking propounded to Plaintiff. Alternative, Plaintiff request that such deposition be extended to a date 30 days from the date the Defendant, Home Depot U.S.A., Inc., files with the Court, and served upon the Plaintiff the Defendant's reply to Plaintiff' first amended civil complaint.**

Respectfully Submitted

By:

Stephen D. Powell, Pro se
41 Hillburn Street,
Roselindale, MA 02131

Date: February 23rd, 2005

STEPHEN D. POWELL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN D. POWELL,<br>Plaintiff,<br><br>v.<br><br>HOME DEPOT<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DEFENDANT'S REQUEST FOR<br>EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFF'S<br>MOTION FOR LEAVE TO FILE<br>AMENDED COMPLAINT<br><br>Civil Action No. 04-11436-DPW |

NOW COMES Defendant Home Depot U.S.A., Inc. ("Defendant" or "Home Depot") in the above captioned action and respectfully requests this Court grant it additional time to respond to Plaintiff *Pro Se* Stephen D. Powell's ("Plaintiff" or "Mr. Powell") Motion for Leave to File Amended Complaint.

As grounds for its motion, Defendant states that it did not receive Plaintiff's motion electronically from the court at day's end on February 7, 2005 and in the mail until Wednesday, February 10, 2004. Defendant attempted to communicate with Plaintiff both orally and in writing to seek his assent to this request, but Plaintiff failed to respond.

Plaintiff's motion sets forth (for the first time) the legal counts which he expects to prove, and a number may require substantive opposition and briefing for dismissal on grounds of futility. Accordingly, Defendant seeks a brief two week extension of time to respond to Plaintiff's Motion for Leave to File Amended Complaint. Under the two week extension, Defendant must file it opposition on or before March 2, 2005.

WHEREFORE, Defendant Home Depot respectfully requests that its motion for a two week extension of time to respond be granted.

dei

otions

1:04-cv-11436-DPW Powell v. Home Depot

# United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from McConnell, Joseph P. entered on 2/15/2005 at 11:42 AM EST and filed on 2/15/2005

**Case Name:**        Powell v. Home Depot
**Case Number:**      1:04-cv-11436
**Filer:**            Home Depot
**Document Number:** 18

**Docket Text:**
Supplemental MOTION for Extension of Time to March 2, 2005 to File Response/Reply *to Plaintiff's Motion for Leave to File Amended Complaint* by Home Depot.(McConnell, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/15/2005] [FileNumber=856624-0
[370dafad446fbfe451b6d49605b893aba6dee325de07303791e8992003c03116ab36
84cb7d13bfdf35e8a49345df115807ca6751d041525eb12de332e3edbc8e]]

**1:04-cv-11436 Notice will be electronically mailed to:**

Robert P. Joy    rjoy@morganbrown.com

Joseph P. McConnell    jmcconnell@morganbrown.com

Leah Miriam Moore    lmoore@morganbrown.com

Karen E. Olson    Kolson@morganbrown.com

**1:04-cv-11436 Notice will not be electronically mailed to:**

Stephen D. Powell
41 Hilburn Street
Roslindale, MA 02131

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHEN D. POWELL,<br>Plaintiff, | )<br>)<br>) | DEFENDANT'S SUPPLEMENTAL<br>REQUEST FOR EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFF'S |
| v. | )<br>) | MOTION FOR LEAVE TO FILE<br>AMENDED COMPLAINT |
| HOME DEPOT<br>Defendant. | )<br>)<br>) | Civil Action No. 04-11436-DPW |

Defendant Home Depot U.S.A., Inc. ("Defendant" or "Home Depot") moved earlier today, February 15, 2005, for an enlargement of time to respond to Plaintiff *Pro Se* Stephen D. Powell's ("Plaintiff" or "Mr. Powell") Motion for Leave to File Amended Complaint. Subsequent to the filing of that motion, undersigned counsel had the opportunity to speak with Mr. Powell, who indicated that he has no objection to the Court granting the additional time for Defendant to respond.

WHEREFORE, Defendant Home Depot again respectfully requests that its motion for a two week extension of time to respond be granted.

**Motions**

1:04-cv-11436-DPW Powell v. Home Depot

.

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from McConnell, Joseph P. entered on 2/15/2005 at 10:23 AM EST and filed on 2/15/2005

**Case Name:**     Powell v. Home Depot
**Case Number:**     1:04-cv-11436
**Filer:**     Home Depot
**Document Number:** 17

**Docket Text:**
MOTION for Extension of Time to March 2, 2005 to File Response/Reply *to Plaintiff's Motion for Leave to File Amended Complaint* by Home Depot.(McConnell, Joseph)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/15/2005] [FileNumber=856298-0
[2551f4fc013748fb367c3c99f1668a0646f0be05de9287715af3870c030b72189d5c
7b4321a50e2247e2d508adc9b264b58a917267da736c5a16a8836d167103]]

**1:04-cv-11436 Notice will be electronically mailed to:**

Robert P. Joy     rjoy@morganbrown.com

Joseph P. McConnell     jmcconnell@morganbrown.com

Leah Miriam Moore     lmoore@morganbrown.com

Karen E. Olson     Kolson@morganbrown.com

**1:04-cv-11436 Notice will not be electronically mailed to:**

Stephen D. Powell
41 Hilburn Street
Roslindale, MA 02131

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, certified, return receipt requested, postage prepaid, to the following attorneys of record on this the 25 day of feb, 2005.

Robert P. Joy, Jr.
Joseph p. McConnell
Leah M. Moore
Morgan, Brown, & Joy, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Stephen D. Powell, Pro se
41 Hillburn Street
Roselindale, MA 02131
617-363-9192
617-306-9032

Dated 2/25/05, 2005

STEPHEN D. POWELL