**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
ONE BOSTON PLACE
BOSTON, MASSACHUSETTS 02108-4472
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE                                                             DIRECT DIAL (617) 788-5021
                                                                          lmoore@morganbrown.com

October 5, 2004

<u>Via First Class Mail</u>

Mr. Stephen D. Powell
41 Hilburn Street
Roslindale, MA  02131

    Re:    <u>Stephen D. Powell v. Home Depot</u>
            Civil Action No. 04-11436-DPW

Dear Mr. Powell:

    Enclosed please find a copy of Defendant's Initial Disclosure as required under Rule 26(a)(1) of the Federal Rules of Civil Procedure. This document includes the names of individuals Defendant believes have knowledge or information regarding your Complaint and lists the documents upon which Defendant may rely during the course of this litigation.

    Rule 26(a)(1) requires Plaintiff to make the same disclosures to Defendant. Accordingly, please mail Plaintiff's Initial Disclosure to me at the address listed above.

    Should you have any questions or concerns, please do not hesitate to contact me.

                                                  Very truly yours,

                                                   Leah M. Moore

Enclosure

cc:    Joseph P. McConnell, Esq.

**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
ONE BOSTON PLACE
BOSTON, MASSACHUSETTS 02108-4472
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

October 27, 2004

<u>Via First Class Mail</u>

Mr. Stephen D. Powell
41 Hilburn Street
Roslindale, MA 02131

Re:  <u>Stephen D. Powell v. Home Depot</u>
     Civil Action No. 04-11436-DPW

Dear Mr. Powell:

Enclosed please find a copy of Defendant's Supplemental Initial Disclosure as required under Rule 26(a)(1) of the Federal Rules of Civil Procedure. This document includes the names of individuals Defendant believes have knowledge or information regarding your Complaint and lists the documents upon which Defendant may rely during the course of this litigation.

Rule 26(a)(1) requires Plaintiff to make the same disclosures to Defendant. As we discussed yesterday, please mail Plaintiff's Initial Disclosure to me at the address listed above as soon as possible.

In light of our conversation yesterday, I encourage you to send me a letter requesting all of the documents you would like. This will insure that both of us are clear on what you'd like to receive. Also, the Federal Rules of Civil Procedure require you to supply us with a settlement demand which we have not yet received from you. Please send me your initial settlement demand as soon as possible.

Should you have any questions or concerns, please do not hesitate to contact me.

Regards,

Leah M. Moore

Enclosure

cc:   Joseph P. McConnell, Esq.

## MORGAN, BROWN & JOY, LLP
### ATTORNEYS AT LAW
ONE BOSTON PLACE
BOSTON, MASSACHUSETTS 02108-4472
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

December 23, 2004

<u>Via First Class Mail</u>

Mr. Stephen D. Powell
41 Hilburn Street
Roslindale, MA 02131

Re: <u>Stephen D. Powell v. Home Depot</u>
Civil Action No. 04-11436-DPW

Dear Mr. Powell:

I write to remind you of our conversation last week during which you promised to produce Plaintiff's Initial Disclosure and settlement demand by Tuesday, December 22.

As I explained to you during our conversation, you were required to make those disclosures almost three months ago. Should you continue to fail to make those disclosures and provide Home Depot with a settlement demand, I will be forced to ask the Court to compel your response.

Please contact me as soon as possible so that we might move toward resolving this matter.

Regards,

Leah M. Moore

cc: Joseph P. McConnell, Esq.

**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

February 2, 2005

<u>Via First Class Mail</u>

Mr. Stephen D. Powell
41 Hilburn Street
Roslindale, MA 02131

Re:   <u>Stephen D. Powell v. Home Depot</u>
      Civil Action No. 04-11436-DPW

Dear Mr. Powell:

Enclosed please find a notice of Defendant's intent to take your deposition on March 14, 2005. You are required by law to appear for the deposition. Should you be unable to attend on March 14, please contact me as soon as possible so that we can find an amenable date for the deposition.

Please be reminded that despite several promises, you have yet to provide me with your settlement demand and initial disclosure. Your settlement demand and initial disclosure were due over three months ago. Should you continue to fail to provide me with both your initial disclosure and a settlement demand, I will be forced to file a motion to compel your response.

Please feel free to contact me should you have any questions.

Regards,

Leah M. Moore

Enclosure

cc:   Robert P. Joy, Esq.
      Joseph P. McConnell, Esq.