The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

| | |
|---|---|
| MCAD DOCKET NUMBER: 02BEM00024 | EEOC/HUD CHARGE NUMBER: 16CA200609 |
| FILING DATE: 01/04/02 | VIOLATION DATE: 12/21/01 |

Name of Aggrieved Person or Organization:
Stephen Powell
41 Hilburn St.
Roslindale, MA 02131
Primary Phone: (617)265-5668 ext. ____

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
Home Depot
HUMAN RESOURCE DEPT.
1 Mystic View Road
Everett, MA 02149
Primary Phone: (617)389-2323 ext. ____

No. of Employees:      25+

Work Location: Everett

Cause of Discrimination based on:
Race, Color, Black (Non-Hispanic).

The particulars are:
I, Stephen Powell, the Complainant believe that I was discriminated against by Home Depot, on the basis of Race, Color. This is in violation of M.G.L. 151B Section 4 Paragraph 1 and Title VII.

I BELIEVE I AM BEING DISCRIMINATE AGAINST BY RESPONDENT HOME DEPOT ON ACCOUNT OF MY RACE/COLOR AFRICAN AMERICAN, I BEGAN MY EMPLOYMENT WITH RESPONDENT ON OR ABOUT 12/00 IN THE SALES DEPT., and I NEVER HAD ANY WORK PERFORMANCE PROBLEMS. I WAS SUBJECTED TO A HOSTILE WORK ENVIRONMENT BY THE ASSISTANT MANAGER PAUL SITRO, (WHITE MALE) I HAVE BEEN DENIED COVERAGE AFTER PASSING MY PROBATIONARY PERIOD, PAUL SPEAKS TO ME IN A VERY DISRESPECTFUL MANNER. I ALSO BELIEVE I AM BEING SET UP FOR TERMINATION. MY HOURS ARE BEING CHANGED, AND I HAVE ALSO BEEN ACCUSED OF STEALING. I WAS HARASSED AND HUMILIATED IN FRONT OF MY CO-WORKERS, (WHO NOW MAKE JOKES ABOUT IT). I BELIEVE RESPONDENT ONLY HAS 8 AFRICAN AMERICANS EMPLOYEES, AND OUT OF THOSE EIGHT, SIX OF US, ARE HAVING PROBLEMS AND ARE BEING SUBJECTED TO A HOSTILE WORK ENVIRONMENT. I BELIEVE I AM BEING DISCRIMINATED AGAINST ON ACCOUNT OF MY RACE/COLOR AFRICAN AMERICAN. THIS IS IN VIOLATION OF MGL CHAPTER 151B SECTION 4 PARAGRAPH 1 AND TITLE VII.

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

(Signature of Complainant)

Altagracia Mejia
my Commission Expires
7/25/08

MCAD Docket Number 02BEM00024, Complain: