UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN D. POWELL, | ) | |
|     Plaintiff, | ) | DEFENDANT'S RESPONSE |
|  | ) | TO PLAINTIFF'S MOTION FOR |
| v. | ) | PROTECTIVE ORDER AND |
|  | ) | MOTIONS FOR EXTENSION OF TIME |
| HOME DEPOT | ) | |
|     Defendant. | ) | Civil Action No. 04-11436-DPW |
|  | ) | |

NOW COMES Defendant Home Depot U.S.A., Inc.[1] ("Defendant" or "Home Depot") in the above captioned action and submits the following response to Plaintiff *Pro Se* Stephen D. Powell's ("Plaintiff" or "Mr. Powell") Motion for Protective Order and Motions for Extension of Time.

**INTRODUCTION**

Plaintiff seeks several extensions of time to respond to discovery. Plaintiff requests an extension of time until April 2, 2005 to respond to Defendant's Interrogatories and Requests for Production of Document and for the taking of his deposition.[2] Defendant served its Interrogatories and Request for Production of Documents on February 10, 2005. On February 2, 2005, Defendant noticed Plaintiff's deposition for March 14, 2005. The current Scheduling Order sets March 21, 2005 as the close of fact discovery.

---

[1] Plaintiff incorrectly refers to Defendant Home Depot U.S.A., Inc. as "Home Depot."

[2] Plaintiff filed four discovery motions on February 23, 2005, which include conflicting requests for extension of deadlines. For purposes of the instant motion, the dates Defendant refers to are those contained in Plaintiff's Motion for Protective Order.

## **RESPONSE**

Counsel for Defendant conferred with Plaintiff on March 8, 2005. The parties have reached to following resolution regarding Plaintiff's February 23, 2005 submissions to the Court and request that the court endorse the following schedule:

1. Defendant consents to one extension of the time for fact discovery in this matter. A proposed scheduling order is below.

2. Plaintiff's response to Defendant's Request for Production of Documents is due on or before April 4, 2005.

3. Plaintiff's response to Defendant's Interrogatories is due on or before April 4, 2005.

4. Plaintiff's deposition will be re-noticed for April 18, 2005.

5. Defendant will produce Plaintiff's employment file on or before March 22, 2005.

Because fact discovery in this matter is currently scheduled to close on March 21, 2005, Defendant will consent to one extension of the time for fact discovery in order to accommodate Plaintiff's requests for additional time. Accordingly, the parties request the following modification of the Scheduling Order:

| Event | Requested Deadline |
|---|---|
| All motions for amendments to pleadings filed | November 4, 2004 |
| Fact discovery complete | April 23, 2005 |
| Plaintiff to disclose expert witnesses | May 15, 2005 |
| Defendants to disclose expert witnesses | July 1, 2005 |
| Depositions of all experts complete | September 15, 2005 |

| Event | Requested Deadline |
|---|---|
| Motions under FRCP 56 filed | October 15, 2005 |
| Final pre-trial conference held and firm trial date set | December 2005 |

## CONCLUSION

Defendant Home Depot U.S.A., Inc. respectfully requests that this Court enter the proposed Scheduling Order as the parties have resolved Plaintiff's concerns as raised in his February 23, 2005 Motion for Protective Order and Motions for Extension of Time.

    Respectfully submitted,

    HOME DEPOT, U.S.A., INC.,

    By Its Attorneys,

    MORGAN, BROWN & JOY, LLP
    200 State Street
    Boston, Massachusetts  02109
    (617) 523-6666


    __s/ Leah M. Moore_____
    Robert P. Joy, Jr. (BBO No. 254820)
    Joseph P. McConnell (BBO No. 566412)
    Leah M. Moore (BBO No. 658217)

Date:   March 11, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon the pro se litigant, Mr. Stephen D. Powell, at his address of records: 41 Hilburn Street, Roslindale, MA 02131, by first-class U.S. Mail this 11th day of March 2005.

                                                s/ Leah M. Moore_____
                                                Leah M. Moore