UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN D. POWELL, )<br>  )<br>         Plaintiff, )<br>  )<br>v. )<br>  )<br>HOME DEPOT, )<br>  )<br>         Defendants. )<br>  ) | Civil Action No. 04-11436-DPW<br><br>DEFENDANT'S MOTION TO<br>EXTEND TIME FOR FILING<br>SUMMARY JUDGMENT |

NOW COMES Defendant Home Depot U.S.A., Inc. ("Defendant" or "Home Depot") in the above captioned action and respectfully requests this Court extend the time for filing its Motion for Summary Judgment until Friday, January 20, 2006.

As grounds for its motion, Defendant states that the parties requested referral to Court - sponsored mediation on August 17, 2005.  The mediation was then scheduled to take place before the Honorable Joyce London Alexander on December 15, 2005.  Postponement of the current summary judgment deadline will allow the parties to explore the possibility of settlement without incurring the additional expense of summary judgment.  The complexity of the allegations in Plaintiff's Amended Complaint coupled with the winter holidays results in the need for five weeks to prepare summary judgment should the mediation prove unsuccessful.

The undersigned contacted Plaintiff regarding his position on the instant motion so that Defendants could apprise the Court of it in this filing.  Plaintiff has yet to respond.

2

WHEREFORE, Defendants respectfully request this Court extend the time for the filing of Defendants' Motion for Summary Judgment to Friday, January 20, 2006 so that the parties may attempt settlement through scheduled mediation without incurring the expense that necessarily accompanies the filing of a motion for summary judgment.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.,

By Its Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
(617) 523-6666

s/ Leah M. Moore
Robert P. Joy, (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)
Leah M. Moore (BBO No. 658217)

Date: October 12, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the pro se litigant, Mr. Stephen D. Powell, at his address of records:  41 Hilburn Street, Roslindale, MA  02131, by first-class U.S. Mail this 12th day of October 2005.

s/ Leah M. Moore
Leah M. Moore