**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Stephen Powell
            Plaintiff(s)

V.

Home Depot
            Defendant(s)

CIVIL ACTION

NO.  04-CV-11436-DPW

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Douglas P. Woodlock

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]    On  December 19, 2005        I held the following ADR proceeding:

| | | |
|---|---|---|
| _____ | SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| __xx__ | MEDIATION | _____ SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[x]    Settled. Your clerk should enter a ___60__ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

1/11/06
    DATE

/S/ Joyce London Alexander
    ADR Provider

(ADR Report.wpd - 4/12/2000)                                                                                    [adrrpt.]