UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. POWELL,<br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br>Defendant. | Civil Action No. 04-11436-DPW<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff *pro se* Stephen D. Powell and Defendant Home Depot U.S.A., Inc., by and through its attorneys, hereby stipulate that the above captioned action may be dismissed with prejudice and without right of appeal thereof with each side to bear its own costs and fees.

Respectfully submitted,

STEPHEN D. POWELL
Plaintiff *pro se*

_____
Stephen D. Powell
41 Hilburn Street
Roslindale, MA 02131
(617) 265-5668

Dated: January 24, 2006

HOME DEPOT, U.S.A., INC.,
Defendant
By Its Attorneys,

_____
Robert P. Joy, (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

Dated: January 24, 2006