**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LEAH M. MOORE

DIRECT DIAL (617) 788-5021
lmoore@morganbrown.com

January 16, 2006

<u>Via First Class Mail</u>

Mr. Stephen D. Powell
41 Hilburn Street
Roslindale, MA 02131

Re:   <u>Stephen D. Powell v. Home Depot</u>
      Civil Action No. 04-11436-DPW

Dear Mr. Powell:

I write to confirm the telephone conversation we had on Friday, January 13, 2006.

As I explained to you, Home Depot was given a form 668-W Notice of Levy on Wages, Salary, and Other Income pursuant IRC § 6331. It requires Home Depot to withhold certain moneys from wages, salary and other income due to you until such time as the IRS notifies Home Depot that the levy has been satisfied. Home Depot is currently trying to determine how much money it must withhold from the settlement in order to comply with the levy.

During our conversation Friday, you indicated that you and your accountant reached "an agreement" with the IRS regarding the moneys you owe. You also stated that this agreement was confirmed in writing. Please provide me a copy with any such agreement so that Home Depot can determine whether this may alter the amount that Home Depot is required to withhold because of the tax levy.

Please feel free to contact me should you have any questions.

Very truly yours,

Leah M. Moore

cc:   Judge Joyce London Alexander
      Joseph P. McConnell, Esq.